

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 6, 2023

**_Via ECF_**
Hon. Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 705
New York, NY 10007

      Re:    *Helayne Seidman v. Valnet Inc.*
              Case No: 1:23-cv-06929-PGG

Dear Judge Gardephe:

      We are the attorneys for Plaintiff Helayne Seidman ("Plaintiff") in this matter. Earlier today, Plaintiff submitted a consent letter motion (ECF No. 19) informing the Court that the parties reached a settlement in principle and requesting a discontinuance without prejudice. Upon notice from the Court that Your Honor does not allow orders of dismissal without prejudice, the parties submit this letter to clarify and amend their request to a thirty (30) day adjournment of the Initial Conference set for tomorrow, December 7, 2023 at 10:00 AM, to allow the parties time to finalize the terms of their agreement. Once the agreement and obligations thereunder are finalized, the parties will thereafter submit a dismissal with prejudice.

      Defendant consents to this request, and we thank the Court for its time and consideration.

                        Respectfully submitted,

                        */s Renee J. Aragona*
                        Renee J. Aragona

cc:    Lindsay R. Edelstein, Esq.
       Mitchell Silberberg & Knupp LLP
       *Via email to lre@msk.com*

       *Counsel for Defendant*

MEMO ENDORSED
The Application is granted. The conference is adjourned to January 9, 2024 at 11:30 a.m.
SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Dec 6, 2023